JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER ZEPPEIRO, | ) CASE NO. CV 14-01336 MMM (JCx) |
| Plaintiff, | ) |
| vs. | ) JUDGMENT FOR DEFENDANTS |
| GREEN TREE SERVICING, LLC; NORTHWEST TRUSTEE SERVICES, INC. and DOES 1 to 10 inclusive, | ) |
| Defendants. | ) |

On April 14, 2015, the court granted defendant Green Tree Servicing, LLC's motion to dismiss the second amended complaint with prejudice. Consequently,

IT IS ORDERED AND ADJUDGED

1. That plaintiff Peter Zeppeiro take nothing by way of his complaint; and

4. That the action be, and it hereby is, dismissed.

DATED: April 15, 2015

*Margaret M. Morrow*
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE